**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1414**

ROBERT S. GAMBUTI,

        Plaintiff - Appellant,

    v.

CAROLYN W. COLVIN, Acting Commissioner of SSA,

        Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Martin K. Reidinger, District Judge. (5:13-cv-00129-MR)

Submitted: December 31, 2015      Decided: January 7, 2016

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Wicklund, Paul B. Eaglin, OLINSKY LAW GROUP, Syracuse, New York, for Appellant. Jill Westmoreland Rose, United States Attorney, Lisa G. Smoller, Special Assistant United States Attorney, Boston, Massachusetts, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert S. Gambuti appeals the district court's order upholding the Commissioner's denial of his application for disability insurance benefits. Our review of the Commissioner's determination is limited to evaluating whether the findings are supported by substantial evidence and whether the correct law was applied. <u>See</u> <u>Mascio v. Colvin</u>, 780 F.3d 632, 634 (4th Cir. 2015). We have thoroughly reviewed the parties' briefs, the administrative record, and the joint appendix, and we discern no reversible error. Accordingly, we affirm the district court's judgment. <u>Gambuti v. Colvin</u>, No. 5:13-cv-00129-MR (W.D.N.C. Feb. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>